KRISTEN T. GALLAGHER (NV #9561)
LAURA R. JACOBSEN (NV #13699)
McDONALD CARANO LP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
kgallagher@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

JOHN B. SULLIVAN (CA #96742)
MARY KATE KAMKA (CA #282911)
ADAM A. VUKOVIC (CA #301392)
(*Pro Hac Vice Applications forthcoming*)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Attorneys for Defendant Ally Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Laurie A. Humphreys,<br><br>Plaintiff,<br>vs.<br><br>Ally Bank dba GMAC and Equifax Information Services LLC,<br><br>Defendants. | Case No: 2:18-cv-00725-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT ALLY BANK dba GMAC'S TIME TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules IA 6-1 and 6-2, Plaintiff Laurie A. Humphreys ("Plaintiff"), and Defendant Ally Bank dba GMAC ("Ally Bank") hereby stipulate and agree that the time for Ally Bank to respond to Plaintiff's Complaint (ECF No. 1) shall be extended thirty (30) days, up to and including **June 11, 2018**. Based upon the April 23, 2018 service date, Ally Bank's response is currently due May 11, 2018. Ally Bank requested this

extension to which Plaintiff courteously agreed to provide Ally Bank with time to investigate Plaintiff's claims and to secure local counsel, and so that Plaintiff and Ally Bank (the "Parties") may explore resolution of this matter.

This is the Parties' first request for an extension of Ally Bank's time to respond to the Complaint, and will not affect any deadlines in this case. This stipulation is made without prejudice to the rights, claims, arguments and defense of all Parties.

Dated: May 9, 2018.                    Dated: May 9, 2018.

KAZEROUNI LAW GROUP, APC              MCDONALD CARANO LLP

By: */s/ Michael Kind*                By:*/s/ Laura R. Jacobsen*
    Michael Kind                        Kristen T. Gallagher
    6069 South Fort Apache Road, Suite 100   Laura R. Jacobsen
    Las Vegas, NV 89148                 2300 West Sahara Ave., Suite 1200
                                        Las Vegas, NV 89102
*Attorneys for Plaintiff*

SEVERSON & WERSON
A Professional Corporation

By:*/s/ Adam A. Vukovic*
    John B. Sullivan
    Mary Kate Kamka
    Adam A. Vukovic
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111

*Attorneys for Defendant Ally Bank*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____May 9_____, 2018

4842-3852-0165, v. 1