# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURIE A. HUMPHREYS,<br><br>   Plaintiff(s),<br><br>v.<br><br>ALLY BANK, et al.,<br><br>   Defendant(s). | Case No.: 2:18-cv-00725-JAD-NJK<br><br>**Order**<br><br>(Docket No. 11) |

Before the Court is Plaintiff and Defendant Ally Bank's notice of settlement. Docket No. 11. The Court **ORDERS** these parties to file a stipulation of dismissal no later than August 27, 2018.

IT IS SO ORDERED.

Dated: June 29, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge