Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP**, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com
*Attorney for Plaintiff Laurie A. Humphreys*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURIE A. HUMPHREYS, <br><br> Plaintiff, <br> v. <br><br> ALLY BANK dba GMAC and EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | Case No. 2:18-cv-00725-JAD-NJK <br><br> **STIPULATION OF DISMISSAL** <br><br><br> ECF NO. 13 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Laurie A. Humphreys ("Plaintiff") and Ally Bank d/b/a GMAC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 20th day of July 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**SEVERSON & WERSON**

By: /s/ Adam A. Vukovic
Adam A. Vukovic, Esq.
One Embarcadero Center, Ste. 2600
*Attorneys for Defendant*
*Ally Bank d/b/a GMAC*

**ORDER**

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 24, 2018